■ In the Matter of ORVILLE KNIGHT, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Program, Respondent. [986 NYS2d 373]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Stein, Garry and Egan Jr., JJ., concur. Adjudged

that the determination is confirmed, without costs, and petition dismissed.